CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for KJW

FEB 18 2010

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD W. GOFF, JR., | ) | Civil Action No. 7:09-cv-00490 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2241 habeas petition is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases as an abuse of the writ; all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 18th day of February, 2010.

Senior United States District Judge